IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01471-AP

ELIZABETH A. ALDRICH,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Gregory J. Styduhar, Esq.
        Koncilja & Koncilja, P.C.
        125 West B Street
        Pueblo, CO 81003
        (719) 543-9591(telephone)

    **For Defendant:**

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Laura Ridgell-Boltz
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed: <u>July 28, 2006.</u>
    B.     Date Complaint Was Served on U.S. Attorney's Office: <u>August 8, 2006.</u>
    C.     Date Answer and Administrative Record Were Filed: <u>October 6, 2006</u>.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.</u>
<u>Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.</u>

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Plaintiff does not intend to submit additional evidence.</u>
<u>Defendant does not intend to submit additional evidence.</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>
<u>Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>

**7. OTHER MATTERS**

<u>Plaintiff has no other matters to bring to the attention of the court.</u>
<u>Defendant has no other matters to bring to the attention of the court.</u>

**8. PROPOSED BRIEFING SCHEDULE**

    A.     Plaintiff's Opening Brief Due:        <u>DECEMBER 22, 2006.</u>
    B.     Defendant's Response Brief Due:     <u>JANUARY 22, 2007.</u>
    C.     Plaintiff's Reply Brief (If Any) Due: <u>FEBRUARY 1, 2007.</u>

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   **A.  Plaintiff's Statement.**
   **Plaintiff does not request oral argument.**

   **B.  Defendant's Statement:**
   **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   *Indicate below the parties' consent choice.*

   A.    (X)  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B.    ( )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

   **The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   **The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

   DATED this **14th day of November, 2006.**

                                        BY THE COURT:


                                         *S/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Gregory J. Styduhar   Date: 11/13/06**
512 S. 8th Street
Colorado Springs, CO 81301
(719) 473-1515 (telephone)
ageealanmpc@qwest.net

**For Defendant:**

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Laura Ridgell-Boltz   Date: 11/13/06**
By:    Laura Ridgell-Boltz
       Special Assistant United States Attorney

       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1571
       (303) 844-0770 (facsimile)
       laura.ridgell-boltz@ssa.gov