IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1471-AP**

**ELIZABETH A. ALDRICH,**

       Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #15), filed February 5, 2007. This Court has reviewed the file and considered the motion and the response. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, this matter shall be assigned to a different Administrative Law Judge.

Dated: February 6, 2007

                                               BY THE COURT:

                                               *S/John L. Kane*
                                               JOHN L. KANE, SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT